492

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL MOORE, Defendant-Appellant.

(No. 57897; )

First District (3rd Division)—September 13, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.